## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates to:**

| | |
|---|---|
| *Marlysa Atkinson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10456-DRH |
| *Katrin Bivens v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10748-DRH |
| *Angela Cobb v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11581-DRH |
| *Dorothea Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13316-DRH |
| *Joan Deigl v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10883-DRH |
| *Stevie Fanning v. Bayer Corporation, et al.* | No. 10-cv-20242-DRH |
| *Frances Gaither v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10157-DRH |
| *Angela George v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11621-DRH |
| *Tasha Glutting v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10094-DRH |
| *Teresa Griest v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10822-DRH |
| *Stephanie Hayes, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11478-DRH |
| *Nicole Horton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10419-DRH |
| *Whitney Lenci v. Bayer HealthCare* | No. 13-cv-10158-DRH |

*Pharmaceuticals Inc., et al.*

*Stacey Ruiz v. Bayer HealthCare*         No. 13-cv-10161-DRH
*Pharmaceuticals Inc., et al.*

*Tracy Ruvolo v. Bayer Corporation, et al.*    No. 13-cv-10190-DRH

*Jennifer Sager v. Bayer HealthCare*     No. 10-cv-13092-DRH
*Pharmaceuticals Inc., et al.*

*Heather Schroeder, et al. v. Bayer*       No. 10-cv-20244-DRH
*Corporation, et al*

*Tamara Severin v. Bayer HealthCare*     No. 10-cv-13767-DRH
*Pharmaceuticals Inc., et al.*

*Kristina Sexton v. Bayer HealthCare*     No. 10-cv-12415-DRH
*Pharmaceuticals Inc., et al.*

*Ashley Vellequette, et al. v. Bayer HealthCare*  No. 10-cv-11202-DRH
*Pharmaceuticals Inc., et al.*

*Victoria Williams v. Bayer HealthCare*    No. 12-cv-11286-DRH
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to stipulations of dismissal and/or orders of dismissal filed to date, the above captioned cases are ready for judgment and are **DISMISSED** with prejudice.   Each party shall bear their own costs.

JUSTINE FLANAGAN,
**ACTING CLERK OF COURT**

**BY:** _/s/_*Caitlin Fischer*_
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.09.02
11:40:57 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT

3